UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BENEDICT J. SALAMONE,

                 Plaintiff,

   -against-

JO ANNE B. BARNHART,
Acting Commissioner of Social Security,

                 Defendant.
-----------------------------------------------------------X

JUDGMENT
05-CV- 4668 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 10 2006 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on April 7, 2006, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to obtaining clarification of the medical source opinions and medical evidence, and issuance of new decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to obtaining clarification of the medical source opinions and medical evidence, and issuance of a new decision.

Dated: Brooklyn, New York
       April 10, 2006

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court